# CASES

# Supreme Court of Judicature,

## OF THE

# STATE OF NEW JERSEY,

## AT MAY TERM, 1825.

---

BENJAMIN HAIGHT and HALSTED HAIGHT *v.* ABRAHAM
SPADER.

1. To a scire facias awarded under the 3d section of the supplement to
the act concerning Sheriffs, [*Rev. Laws* 303] requiring the defendant to
shew cause why certain real estate levied on by the late Sheriff, now
deceased, should not be sold, the return of one writ of .scire facias " that
the defendant hath nothing, &c.," is sufficient.

2. A publication of the writ of scire facias in this case is not necessary.

---

EWING, C. J. delivered the opinion of the Court.

The questions in this case arose upon a return made by
the Sheriff of the county of Somerset, that " the said Abra-
ham Spader had nothing, &c." to a special scire facias
awarded by this court under the 3d section of the supple-
ment to the act entitled an act concerning Sheriffs, (*Rev.
Laws*, 303) requiring the defendant to shew cause why

Den *v.* Fen.

certain real estate levied on by the late Sheriff of the county of Somerset, now deceased, should not be sold.

1. The return of one writ of scire facias that the defendant hath nothing &c. is sufficient, and the return of *nihil* to two writs not necessary to authorize the court to award a writ of sale. The term "&c," in the act is used for the remaining words of the formal return "in my bailwick, whereby I can give him notice as I am within commanded, nor is the said A. S. found in the same."

2. This case is not within the 5th and 6th sections of the supplement to the practice act, (*Rev. Laws* 692) and a publication of the writ, as in certain cases required by that act, is not necessary.

*Van Arsdale* for the plaintiffs.